IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEWAINE QUICK, et al., individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs;*<br><br>    v.<br><br>EDUCAP, INC., et al.,<br><br>    *Defendants.* | Civil Action No. 1:17-cv-1242-APM |

**OPPOSITION TO MOTION FOR SANCTIONS**

  Plaintiffs Dewaine Quick and Lynn Davis (collectively "Plaintiffs") hereby oppose the frivolous motion for sanctions filed by Defendants EduCap, Inc. and Weinstock Friedman & Friedman (collectively "Defendants"). The Defendants' motion is a poorly camouflaged attempt to harass Plaintiffs, needlessly increase the cost of litigation, and fulfill their uncontrollable urge to place Plaintiffs' counsel on stage. As one court put it:

> The use of Rule 11 as [a] tactic of intimidation and harassment has become part of the so-called 'hardball' litigation techniques espoused by some firms and their clients. Those practitioners are cautioned that they invite retribution from courts which are far from enchanted with such abusive conduct. A court may impose sanctions on its own initiative when the Rule is invoked for an improper purpose.[1]

  That rationale applies with force here. Plaintiffs therefore respectfully request that the Defendants' motion be denied, that the Plaintiffs be awarded their fees incurred in defending the motion, and send Defendants on an "unpleasant rendezvous with Rule 11."[2]

---

[1] *See Gaiardo v. Ethyl Corp.*, 835 F.2d 479, 485, 1987 U.S. App. LEXIS 16270, **16 (3rd Cir. December 14, 1987).

[2] *See Handy v. Shaw, Bransford, Veillus & Roth*, 2005 U.S. Dist. LEXIS 20558, *3-4 (D.D.C. June

–1–

DATED:  August 9, 2018	Respectfully submitted,

*Dean Gregory*

Dean Gregory (Bar No. 1008846)
**LAW OFFICES OF DEAN GREGORY**
1717 K Street NW
Suite 900
Washington, DC 20006
Telephone: (202) 905-8058
Facsimile: (202) 776-0136
E-mail: dean@deangregory.com

ATTORNEY FOR QUICK AND DAVIS

---

1, 2005).